People of the State of Illinois, Plaintiff-Appellee, v. Charles Shelton and William Downey, Defendants-Appellants.

Gen. No. 65–74. 

Second District.

March 21, 1966.

 Knight, Ingrassia & Schirger, of Rockford, and George H. Schirmer, of Freeport, for appellants; Dexter A. Knowlton, State's Attorney, of Freeport, for appellee. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.